IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Wilfredo Torres Mass, <br><br> Plaintiff <br><br> v. <br><br> IJA, Inc. <br><br> Defendant | Civil Action No. |

## NOTICE OF REMOVAL

**COMES NOW** defendant IJA, Inc. ("IJA") through the undersigned counsel, and remove to this Honorable Court the case captioned <u>Wilfredo Torres Mass v. IJA, Inc.</u>, Civil Case No. BY2025CV03196, from the Puerto Rico Court of First Instance, Bayamón Superior Part (the "State Court Action"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

**A. Grounds for Removal: Federal Question Jurisdiction.**

1. On June 17, 2025, Wilfredo Torres Mass ("Plaintiff") filed the State Court Action against IJA claiming violations to the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181 <u>et seq</u>. <u>See</u> **Exhibit 1**.

2. Plaintiff seek injunctive and declaratory relief, attorney's fees and costs against IJA, pursuant to 42 USC § 12188.

3. IJA was served on July 02, 2025 with a copy of the Complaint and the Summons.

4. Due to the fact that Plaintiff's claims arise under a federal statute, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or

treaties of the United States."

**B. The Notice of Removal is Timely and Contains a Complete Copy of the Record.**

3. On July 02, 2025, Plaintiff served process on IJA. See **Exhibit 2**.

4. This Notice of Removal is being filed within the 30-day period afforded by 28 U.S.C. § 1446(b) and is thus timely.

5. In compliance with 28 U.S.C. § 1446(a), IJA file herewith a copy of all process, pleadings and orders served upon IJA. See **Exhibits 1 & 2**.

**C. Venue is Proper.**

6. Pursuant to 28 U.S.C. §§ 1441(a) and 1391, the U.S. District Court for the District of Puerto Rico is the appropriate district to entertain the removed action. See 28 U.S.C. § 119 ("Puerto Rico constitutes one judicial district.").

**D. Notice to State Court and to the Plaintiff.**

7. Promptly after the filing of this Notice of Removal, IJA will provide written notice of the removal to Plaintiff through his attorney of record and will file a copy of this Notice with the Clerk of the State Court, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, IJA, Inc. hereby remove the State Court Action to this Honorable Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 16th day of July 2025.

**CERTIFICATE OF SERVICE**: I hereby certify that, on this same date, the instant document was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record, and that an additional copy of the same was served by Certified Mail to counsel for plaintiff, José Carlos Vélez Colón, to Vélez Law Group LLC, 4204 Six Forks Rd, Apt. 1209, Raleigh, NC 27609-6427, and to his email vlg@velezlawgroup.com.

S/Héctor Eduardo Pedrosa Luna

Héctor Eduardo Pedrosa-Luna, Esq.
USDC-PR No. 223202
P.O. Box 9023963
San Juan, PR 00902-3963
Tel 787-920-7983
Fax 787-754-1109
hectorpedrosa@gmail.com

3